```
BENJAMIN B. WAGNER
United States Attorney
MICHELLE RODRIGUEZ
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>            Plaintiff,   )<br>   v.                        )<br>                             )<br>EDWARD AUBAIN RODNEY,     )<br>           Defendant.   ) | CASE NO.  2:10-MJ-00309 DAD<br><br>MOTION TO DISMISS<br>AND ORDER |

**MOTION**

HEREBY, the United States moves that this Court enter an order, pursuant to Fed. R. Crim. Pro. 48(a), to dismiss without prejudice the Complaint against EDWARD AUBAIN RODNEY.

```
DATED: October 22, 2010            BENJAMIN B. WAGNER
                                   Acting United States Attorney
                                       /s/Michelle Rodriguez
                                   By _____
                                      MICHELLE RODRIGUEZ
                                      Assistant U.S. Attorney
```

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

1

**ORDER**

The United States' motion to dismiss without prejudice the Complaint in MAG No. 10-00309-DAD against defendant EDWARD AUBAIN RODNEY is GRANTED.

DATED: October 22, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.criminal\rodney10mj0309.mtd